UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EVERETT ESTELL,

    Plaintiff,

v.                                                             CASE NO.: 2:11-cv-337-UA-SPC

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

_____/

**ORDER**

       The plaintiff objects (Doc. 26) to the July 31, 2012, report and recommendation (Doc. 26) by Magistrate Judge Sheri Polster Chappell. A *de novo* review of the portions of the report and recommendation to which the plaintiff objects reveals that the objections are unfounded, unpersuasive, or anticipated by the magistrate judge. The objections require no different resolution.

       Accordingly, the plaintiff's objections (Doc. 27) are **OVERRULED**, and the magistrate judge's report and recommendation (Doc. 26) is **ADOPTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**.

The clerk is directed to (1) enter judgment in favor of the Commissioner and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on September 24, 2012.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE